# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **DONNIE RAY HAMPTON,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No.  6:09-cv-01581-CLS-JEO |
| | ) |
| **WARDEN CHERYL PRICE and** | ) |
| **THE ATTORNEY GENERAL** | ) |
| **OF THE STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. no. 7), and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to afford the petitioner an opportunity to exhaust available state remedies.  The petitioner's motion to withdraw (doc. no. 6) is MOOT.  An appropriate order will be entered.

DONE this 20th day of October, 2009.

                                                          _____
                                                          United States District Judge